CLIFFORD L. MILLER et al., Copartners under the Name of CLIFFORD L. MILLER & COMPANY, Appellants, *v.* SEMET-SOLVAY COMPANY, Respondent.

*Contract — sale — action to recover for failure to deliver portion of goods — defense of waiver.*

Miller v. Semet-Solvay Co., 199 App. Div. 952, affirmed.

(Argued January 17, 1924; decided February 26, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 23, 1921, unanimously affirming a judgment in favor of defendant entered upon a verdict. The action was to recover for an alleged breach of a written contract covering the sale and purchase of 10,400 tons of calcium chloride to be delivered at the rate of 100 tons per week from March 1, 1916, to February 28, 1918. The defense was that for the first five months of the contract the plaintiff did not want delivery of the full 100 tons per week, because it could not use so much; wherefore, the defendant delivered only what the plaintiff called for; that thereafter it delivered the full amount called for to the end of the contract period and that plaintiffs had waived delivery of the amount uncalled for during the first five months.

*Leroy B. Williams* for appellants.

*Nathan L. Miller* and *H. Duane Bruce* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: HISCOCK, Ch. J.

---

MINNIE B. GRIFFITH, Respondent, *v.* GEORGE WOLFF et al., Appellants.

*Real property — title — establishment of boundary line between lots of adjoining owners.*

Griffith v. Wolff, 206 App. Div. 729, affirmed.

(Argued January 17, 1924; decided February 26, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered May 17, 1923, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term. The action was brought to establish a claim to real property and to establish the boundary line between property of plaintiff and defendants, adjoining owners, on the southerly side of Winslow avenue between Fillmore avenue and Humboldt parkway in the city of Buffalo. The dispute was as to the ownership of two and two-thirds feet of land between the lots of the respective parties.

*Ralph K. Robertson, Martin Clark* and *Frank C. Westphal* for appellants.

*Lester Beitz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.

---

GERTRUDE FORAN, Appellant, *v.* BUFFALO PALACE CORPORATION, Respondent.

*Negligence — theatres — injury to one leaving theatre in dark by falling from platform, on which seat rested, into aisle.*

*Foran* v. *Buffalo Palace Corpn.*, 202 App. Div. 784, affirmed.

(Submitted January 17, 1924; decided February 26, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 9, 1922, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant. Plaintiff, while leaving defendant's motion picture theatre, which at the time was dark, fell into the aisle which was five or six inches lower than the platform on which her seat rested. The trial court held that plaintiff had failed to prove negligence on the part of defendant or her own freedom from contributory negligence.

*John J. Brown* for appellant.

*Walter C. Newcomb* for respondent.